NUMBER
13-09-00697-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

SHINER MOSELEY AND
ASSOCIATES, INC. 

AND HDR ENGINEERING,
INC.,                                                Appellants,

 

                                                             v.

 

W.O.H. ENTERPRISES,
L.L.C.,                                                    Appellee.

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 3

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

      Before Chief
Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellants,
Shiner Moseley and Associates, Inc. and HDR Engineering, Inc., perfected an
appeal from a judgment entered by the County Court at Law No. 3 of Nueces County,
Texas, in cause number 08-62284-3.  Appellants have filed an agreed motion to
dismiss the appeal with prejudice on grounds that the parties have reached an
agreement to settle and compromise their differences.  Appellants request that
this Court dismiss the appeal with prejudice.

The
Court, having considered the documents on file and appellants’ agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED
WITH PREJUDICE.  In accordance with the agreement of the parties, costs are
taxed against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant.").  Having
dismissed the appeal at appellants’ request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the

13th day of May, 2010.